ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
AMIE BEARS, State Bar No. 242372
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7663
 Fax: (916) 322-8288
 E-mail: Amie.Bears@doj.ca.gov
*Attorneys for Defendant
California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORIAN ELDRIDGE, an individual,** | 2:23-CV-00086 WBS |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CALIFORNIA HIGHWAY PATROL TO RESPOND TO COMPLAINT; ORDER** |
| **COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; CITY OF FOLSOM; STATE OF CALIFORNIA; BRAD MULLINS; CHAD BREWSTER; and DOES 1 through 50, inclusive,** | [L.R. 144(a)] |
| Defendants. | |

Plaintiffs and Defendant CHP continue to meet and confer over issues raised by Defendant in regard to Plaintiff's Complaint. The parties previously stipulated to a 28-day extension for Defendants to file a timely response to the Complaint while they met and conferred. That deadline is March 13, 2023. The parties wish to continue to meet and confer and therefore stipulate to extend the responsive pleading deadline an additional thirty (30) days, to April 13,

///

1

2023. The parties respectfully request that the Court grant this stipulated request and extend the responsive pleading deadline for these Defendants to April 13, 2023.

SO STIUPLATED
Dated: March 13, 2023                                  Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California
                                                       CATHERINE WOODBRIDGE
                                                       Supervising Deputy Attorney General

                                                       */s/ Amie Bears*


                                                       AMIE BEARS
                                                       Deputy Attorney General
                                                       *Attorneys for Defendant*
                                                       *California Highway Patrol*

Dated:  March 13, 2023                                 Arentfox Schiff LLP

                                                       */s/ Catherine Buamgartner*

                                                       *As authorized via email on March 13, 2023*


                                                       CATHERINE BUAMGARTNER
                                                       *Attorney for Plaintiff*

2

Stipulation for Extension of Time for Defendant California Highway Patrol to Respond to Complaint; Order
(2:23-CV-00086 WBS )

**ORDER**

Upon stipulation of the parties, and good cause appearing, Defendant CHP's deadline to file a timely response to Plaintiff's Complaint is extended 30 days, to April 13, 2023.

SO ORDERED.

Dated: March 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2023300595
37002292.docx

3

Stipulation for Extension of Time for Defendant California Highway Patrol to Respond to Complaint; Order
(2:23-CV-00086 WBS )