```
1  DAVID P. MASTAGNI (SBN 57721)
   dmastagni@mastagni.com
2  KENNETH E. BACON (SBN 104194)
   kbacon@mastagni.com
3  BRANDON GOMEZ (SBN 346700)
   bgomez@mastagni.com
4  MASTAGNI HOLSTEDT, A.P.C.
   1912 I Street
5  Sacramento, California 95811-3151
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Defendant,
   Chad Brewster
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DORIAN ELDRIDGE, an individual, | Case No. 2:23-cv-00086-WBS-JDP |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHAD BREWSTER TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; CITY OF FOLSOM; STATE OF CALIFORNIA; BRAD MULLINS; CHAD BREWSTER; and DOES 1 THROUGH 50, inclusive, | [L.R. 144(a)] |
| Defendants. | |

Plaintiff and Defendant Chad Brewster's counsel met and conferred over the issues raised by Defendant Chad Brewster in regard to Plaintiff's defective service of process of the Summons and Complaint on Defendant Chad Brewster. Plaintiff's and Defendant Chad Brewster's counsel have agreed that Defendant's counsel will accept service on behalf of Defendant Chad Brewster in consideration of Plaintiff stipulating to an extension of time for Defendant Chad Brewster to respond to the Complaint. The parties stipulate to extend the responsive pleading deadline to thirty (30) days from the date of the Order pursuant to this Stipulation. The parties respectfully request that the Court grant this stipulated request and extend the responsive pleading deadline for Defendant Chad Brewster to thirty (30) days from the date of the Order pursuant to this Stipulation.

1  SO STIPULATED.

2                                         Respectfully submitted,

3  Date: March 21, 2023                   **MASTAGNI HOLSTEDT, A.P.C.**

4                                         */s/ Kenneth E. Bacon*
                                          KENNETH E. BACON
5                                         BRANDON GOMEZ
                                          *Attorneys for Defendant*
6                                         CHAD BREWSTER

7
   Date: March 21, 2023                   **ARENTFOX SCHIFF LLP**
8
                                          */s/ Catherine Buamgartner*
9
                                          *As authorized via email on March 21, 2023*
10
                                          CATHERINE BUAMGARTNER
11                                        *Attorney for Plaintiff*
                                          DORIAN ELDRIDGE
12

13

14                         **SIGNATURE ATTESTATION**

15  I hereby attest that I have obtained the authorization from the signatories to this e-filed document

16  and have been authorized to indicate their consent by a conformed signature (/s/) within this e-

17  filed document.

18
                                  By:  */s/ Kenneth E. Bacon*
19                                     KENNETH E. BACON

**ORDER**

Upon stipulation of the parties, and good cause appearing, Defendant Chad Brewster's deadline to file a timely response to Plaintiff's Complaint is extended to thirty (30) days from the date of this Order.   The Scheduling Conference is continued to **June 5, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than **May 22, 2023** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed January 17, 2023 (Docket No. 3).

IT IS SO ORDERED.

Dated:  March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE