1  DAVID P. MASTAGNI (SBN 57721)
   dmastagni@mastagni.com
2  KENNETH E. BACON (SBN 104194)
   kbacon@mastagni.com
3  BRANDON GOMEZ (SBN 346700)
   bgomez@mastagni.com
4  **MASTAGNI HOLSTEDT, A.P.C.**
   1912 I Street
5  Sacramento, California 95811-3151
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Defendant,
   Chad Brewster

8
                     UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | DORIAN ELDRIDGE, an individual, | Case No. 2:23-cv-00086-WBS-JDP |
|---|---|
12 | Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHAD BREWSTER TO RESPOND TO COMPLAINT; ORDER** |
13 | v. | |
14 | COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; CITY OF FOLSOM; STATE OF CALIFORNIA; BRAD MULLINS; CHAD BREWSTER; and DOES 1 THROUGH 50, inclusive, | [L.R. 144(a)] |
17 | Defendants. | |

18

19  On April 14, 2023, counsel for Plaintiff and Defendant Chad Brewster met and conferred
20 over the issues regarding Plaintiff's causes of action against Defendant Chad Brewster that are
21 subject to a Federal Rules of Procedure 12(b)(6) motion.  Plaintiff's counsel has communicated
22 to Defendant's counsel that the Plaintiff is going to file a first amended complaint by April 27,
23 2023.  The parties stipulate to extend the responsive pleading deadline to twenty-one (21) days
24 from the date that Defendant Chad Brewster's counsel is served with a copy of Plaintiff's court-
25 filed first amended complaint.  The parties respectfully request that the Court grant this
26 stipulated request and extend the responsive pleading deadline for Defendant Chad Brewster to
27 twenty-one (21) days from the date that Defendant Chad Brewster's counsel is served with a
28 copy of Plaintiff's court-filed first amended complaint.

---

2:23-cv-00086-WBS-JDP | 1 | SECOND STIPULATION TO EXTEND TIME TO RESPOND; ORDER

1  SO STIPULATED.

2                                              Respectfully submitted,

3  Date: April 18, 2023                        **MASTAGNI HOLSTEDT, A.P.C.**

4                                                  */s/ Kenneth E. Bacon*
                                                   KENNETH E. BACON
5                                                  BRANDON GOMEZ
                                                   *Attorneys for Defendant*
6                                                  CHAD BREWSTER

7

8  Date: April 18, 2023                        **ARENTFOX SCHIFF LLP**

9                                                  */s/ Catherine Buamgartner*

10                                                 *As authorized via email on April 18, 2023*

11                                                 CATHERINE BUAMGARTNER
                                                   *Attorney for Plaintiff*
12                                                 DORIAN ELDRIDGE

13

14                         **SIGNATURE ATTESTATION**

15  I hereby attest that I have obtained the authorization from the signatories to this e-filed document

16  and have been authorized to indicate their consent by a conformed signature (/s/) within this e-

17  filed document.

18
                                       By:   */s/ Kenneth E. Bacon*
19                                            KENNETH E. BACON

**ORDER**

Upon stipulation of the parties, and good cause appearing, Defendant Chad Brewster's deadline to file a timely response to Plaintiff's Complaint is extended to twenty-one (21) days from the date that Defendant Chad Brewster's counsel is served with a copy of Plaintiff's court-filed first amended complaint.

IT IS SO ORDERED.

Dated:  April 18, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE