**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants CITY OF FOLSOM

**SPINELLI, DONALD & NOTT**
A Professional Corporation
Ross R. Nott, SBN 172235
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Attorneys for Defendant CITY OF RANCHO
CORDOVA

**LONGYEAR & LAVRA, LLP**
Van Longyear, SBN 84189
Nicole Cahill, SBN 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Attorneys for Defendants COUNTY OF
SACRAMENTO, BRANDON MULLIN

**MASTAGNI HOLSTEDT, A.P.C.**
David P. Mastagni, SBN 57721
Kenneth E. Bacon, SBN 104194
Brandon Gomez, SBN 346700
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for CHAD BREWSTER

**ARENTFOX SCHIFF LLP**
Victor Danhi, SBN 210246
Catherine Baumgartner, SBN 327062
44 Montgomery Street
38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501
Attorneys for Plaintiff DORIAN ELDRIDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN ELDRIDGE, an individual, | Case No. 2:23-cv-00086-WBS-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| v. | |
| COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; CITY OF FOLSOM; BRAD MULLINS; CHAD BREWSTER; AND DOES 1 THROUGH 50, | |
| Defendants. | |
| _____/ | |

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, Plaintiff DORIAN ELDRIDGE and Defendants COUNTY OF SACRAMENTO, CITY OF RANCHO CORDOVA, CITY OF FOLSOM, BRANDON MULLINS (erroneously sued as Brad Mullins), and CHAD BREWSTER, by and through their respective counsel of record, hereby submit the following hereby agree to the Voluntary Dispute Resolution Program.

Pursuant to Local Rule 271(i)(2)(A), the time frame in which the parties propose the VDRP process will be completed is 60 days after the Court's entry of this order, and the date by which the Neutral must file confirmation of that completion is 7 days after the VDRP process occurs.

The parties further request a referral to a Magistrate Judge for a settlement conference.

Pursuant to Local Rule 271(i)(2)(B), there are no modifications to the case management plan, set pursuant to the Court's August 1, 2023 Pretrial Scheduling Order, that would be advisable because of the VDRP process.

Pursuant to Local Rule 271(i)(2)(C), all discovery, depositions, and pretrial motions are stayed until the VDRP session is held.

Dated:  March 12, 2024

        PORTER SCOTT
        A PROFESSIONAL CORPORATION

        By  /s/John R. Whitefleet  (auth'd on 3-12-24)
           John R. Whitefleet
           Attorneys for Defendant City of Folsom

Dated:  March 12, 2024

        ARENTFOX SCHIFF LLP

        By  /s/Catherine Baumgartner (auth'd on 3-12-24)
           Victor Danhi
           Catherine Baumgartner
           Attorneys for Plaintiff

Dated:  March 12, 2024

        SPINELLI, DONALD & NOTT

        By  /s/Ross R. Nott (auth'd on 3-12-24)
           Ross R. Nott
           Attorneys for Defendant
           City of Rancho Cordova

Dated:  March 12, 2024

LONGYEAR & LAVRA, LLP

By  /s/Nicole Cahill                    ,
Van Longyear
Nicole Cahill
Attorneys for Defendants
County of Sacramento and
Deputy Brandon Mullins

Dated:  March 12, 2024

MASTAGNI HOLSTEDT, A.P.C.

By  /s/Brandon Gomez (auth'd on 3-12-24)
Brandon Gomez
Kenneth E. Bacon
Attorneys for Defendant
Chad Brewster

**ORDER**

IT IS SO ORDERED.

Dated:  March 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271