UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN ELDRIDGE, an individual,,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; CITY OF FOLSOM; STATE OF CALIFORNIA, BRAD MULLINS, CHAD BREWSTER, AND DOES 1 THROUGH 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00086-WBS-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL**<br><br>Judge: Judge William B. Shubb<br>Courtroom: 5 |

### ORDER

Based on the parties' stipulation, the entire action is hereby dismissed with prejudice. Any existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated:  December 30, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE